```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

MADGE AXFORD,

            Plaintiff,
v.                                Case No. 8:08-cv-2415-T-33EAJ

WYETH, INC., et al.,

            Defendants.
_____/
```

## ORDER

This matter comes before the Court pursuant to Wyeth's Unopposed Motion for Stay of Proceedings (Doc. # 11), filed on December 10, 2008. The parties seek an order staying this case until such time as the Judicial Panel on Multidistrict Litigation has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Eastern District of Arkansas.

This Court agrees with the relief sought by the parties, and in the interest of judicial economy, this Court stays this matter until such time as the Judicial Panel on Multidistrict Litigation has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Eastern District of Arkansas.

In so staying this case, this Court is mindful of its

broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and finds that the requested stay is reasonable.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. Wyeth's Unopposed Motion for Stay of Proceedings [11] is **GRANTED** and the Clerk is directed to **STAY AND ADMINISTRATIVELY CLOSE** this case until such time as the Judicial Panel on Multidistrict Litigation has dispositively ruled as to whether this case will be transferred to the consolidated multidistrict litigation in the United States District Court for the Eastern District of Arkansas.

2. The parties shall immediately inform the court when the Panel has made its final ruling.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of December, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel and Parties of Record